UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
U.S. SECURITIES & EXCHANGE
COMMISSION,

      Plaintiff,

   -v.-

UNIVERSAL EXPRESS, INC., et al.,

      Defendants.
------------------------------------------------------------x

04 Civ. 2322 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

  It is hereby ORDERED that defendant Spiga shall submit any papers in opposition to plaintiff's application for an Order to Show Cause by July 28, 2006. The hearing scheduled for July 24, 2006, is hereby adjourned to August 15, 2006, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
   July 24, 2006

                _____
                  GERARD E. LYNCH
                  United States District Judge