*TOTAL DUE $4,937.48*

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Living Room: refinish 14-inch bar and built-in; refinish 120' crown and 6-' of oversize base | 98,350.00 | 0.00 | 98,350.00 | 5,901.00 | 104,251.00 | -104,251.00 | 0.00 | x | paid in full |
| | Media Room: refinish 4-columns and platforms; 12' wall unit; triple crown in coffer; 2-etageres w/crown and bridge; new TV mask; 4-doors and casings; recover all casings | included in above pricing | 0.00 | | | | | | x | paid in full |
| | Hall and Family Room: refinish base; 7-doors and casing | included in above pricing | 0.00 | | | | | | x | paid in full |
| | Bedroom #2 (Brown): refinish crown and base | included in above pricing | 0.00 | | | | | | x | paid in full |
| | Bedroom #3 (purple): strip out all built-in and shelving | included in above pricing | 0.00 | | | | | | x | paid in full |
| ** 3628 Cabinet Built Ins | Master Bath: remove 2-vanities and makeup desk and cabinets; remove existing bi-fold door and replace with solid doors; refinish 2-crackle doors and casing; refinish crown casing and window casing; furnish and install 2-new vanities and makeup desk with wall unit | included in above pricing | 0.00 | | | | | | x | paid in full |

EXHIBIT 68

RAA-1239

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Master Foyer: refinish crown; base; casing; 2-doors; all to have crackle finish | included in above pricing | 0.00 | | | | | | x | paid in full |
| | Master Bedroom: refinish crown base and 2-crackle doors at closets | included in above pricing | 0.00 | | | | | | x | paid in full |
| | Entry Foyer: refinish built-in unit and 2-doors | included in above pricing | 0.00 | | | | | | x | paid in full |
| | Drapery: remove all drapes | included in above pricing | 0.00 | | | | | | x | paid in full |
| | Library: refinishing of the existing library | 8,000.00 | 0.00 | 8,000.00 | 480.00 | 8,480.00 | -8,480.00 | 0.00 | x | paid in full |
| 628 / GRAND TOTAL | | $106,350.00 | $0.00 | $106,350.00 | $6,381.00 | $112,731.00 | -$112,731.00 | $0.00 | TOTAL DUE | $0.00 |
| ** 3658 Cabinets | Elevator Foyer: as per itemized invoice | 2,750.00 | 0.00 | 2,750.00 | 165.00 | 2,915.00 | -2,915.00 | 0.00 | x | paid in full |
| | Foyer: fabricate finish and install a wood panel wainscot in the foyer including base; paneling with metal reveals at vertical joints and chair rail | 2,750.00 | 0.00 | 2,750.00 | 165.00 | 2,915.00 | -2,915.00 | 0.00 | x | paid in full |
| | Entry Doors: refinish the entry doors inside/outside and change the glass head trim to match the stile trim | 1,300.00 | 0.00 | 1,300.00 | 78.00 | 1,378.00 | -1,378.00 | 0.00 | x | paid in full |
| 3658 / GRAND TOTAL | | $6,800.00 | $0.00 | $6,800.00 | $408.00 | $7,208.00 | -$7,208.00 | $0.00 | TOTAL DUE | $0.00 |

RAA-1240

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| ** 3665 Cabinet | Game Room: 14-ft wall unit using some exotic veneers | 28,350.00 | 0.00 | 28,350.00 | 1,701.00 | 30,051.00 | -30,051.00 | 0.00 | x | paid in full |
| | Game Room: "X" box cabinet using exotic veneers | 7,600.00 | 0.00 | 7,600.00 | 456.00 | 8,056.00 | -8,056.00 | 0.00 | x | paid in full |
| | Powder Room: as listed on itemized invoice | 4,175.00 | 0.00 | 4,175.00 | 250.50 | 4,425.50 | -4,425.50 | 0.00 | x | paid in full |
| 3665 / GRAND TOTAL | | $40,125.00 | $0.00 | $40,125.00 | $2,407.50 | $42,532.50 | -$42,532.50 | $0.00 | TOTAL DUE | $0.00 |
| 3669 Living Room | Sofa | 7,215.00 | -1,443.00 | 5,772.00 | 346.32 | 6,118.32 | -6,118.32 | 0.00 | x | paid in full |
| | Sofa fabric | 2,852.00 | -570.40 | 2,281.60 | 136.90 | 2,418.50 | -2,418.50 | 0.00 | x | paid in full |
| 3669 / GRAND TOTAL | | $10,067.00 | -$2,013.40 | $8,053.60 | $483.22 | $8,536.82 | -$8,536.82 | $0.00 | TOTAL DUE | $0.00 |
| 3680 Living Room | chair (2) | 7,080.00 | -1,416.00 | 5,664.00 | 339.84 | 6,003.84 | -6,003.84 | 0.00 | x | paid in full |
| | chair and pillow fabric | 4,776.00 | -955.20 | 3,820.80 | 229.25 | 4,050.05 | -4,050.04 | 0.00 | x | paid in full |
| | cocktail table | 8,335.00 | -1,667.00 | 6,668.00 | 400.08 | 7,068.08 | -7,068.08 | 0.00 | x | paid in full |
| | bench | 2,580.00 | -516.00 | 2,064.00 | 123.84 | 2,187.84 | -2,187.84 | 0.00 | x | paid in full |
| | bench fabric | 895.00 | -179.00 | 716.00 | 42.96 | 758.96 | -758.96 | 0.00 | x | paid in full |
| | end table (2) | 25,960.00 | -7,788.00 | 18,172.00 | 1,090.32 | 19,262.32 | -19,262.32 | 0.00 | x | paid in full |
| 3680 / GRAND TOTAL | | $49,626.00 | -$12,521.20 | $37,104.80 | $2,226.29 | $39,331.09 | -$39,331.09 | $0.00 | TOTAL DUE | $0.00 |
| 3681 Bar / Lounge | chairs (4) | 16,960.00 | -3,392.00 | 13,568.00 | 814.08 | 14,382.08 | -14,382.08 | 0.00 | x | paid in full |
| | chair fabric | 8,580.00 | -1,716.00 | 6,864.00 | 411.84 | 7,275.84 | -7,275.84 | 0.00 | x | paid in full |
| | cocktail table | 3,240.00 | -648.00 | 2,592.00 | 155.52 | 2,747.52 | -2,747.52 | 0.00 | x | paid in full |
| | bar stool (4) | 7,040.00 | -1,408.00 | 5,632.00 | 337.92 | 5,969.92 | -5,969.92 | 0.00 | x | paid in full |
| | fabric | 3,280.00 | -656.00 | 2,624.00 | 157.44 | 2,781.44 | -2,781.44 | 0.00 | x | paid in full |
| 3681 / GRAND TOTAL | | $39,100.00 | -$7,820.00 | $31,280.00 | $1,876.80 | $33,156.80 | -$33,156.80 | $0.00 | TOTAL DUE | $0.00 |
| 3682 Brkfst Room | dining chair (6) | 9,240.00 | -1,848.00 | 7,392.00 | 443.52 | 7,835.52 | -7,835.52 | 0.00 | x | paid in full |
| | chair fabric | 4,176.00 | -835.20 | 3,340.80 | 200.45 | 3,541.25 | -3,541.24 | 0.00 | x | paid in full |
| | desk chair | 2,096.00 | -419.20 | 1,676.80 | 100.61 | 1,777.41 | -1,777.40 | 0.00 | x | paid in full |
| | bar stool (3) | 5,730.00 | -1,146.00 | 4,584.00 | 275.04 | 4,859.04 | -4,859.04 | 0.00 | x | paid in full |
| | table base | 5,302.00 | 0.00 | 5,302.00 | 318.12 | 5,620.12 | -5,620.12 | 0.00 | x | paid in full |
| | glass top | 650.00 | 0.00 | 650.00 | 39.00 | 689.00 | -689.00 | 0.00 | x | paid in full |
| 3682 / GRAND TOTAL | | $27,194.00 | -$4,248.40 | $22,945.60 | $1,376.74 | $24,322.34 | -$24,322.33 | $0.01 | TOTAL DUE | $0.00 |

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3683 Library | desk chair | 2,395.00 | -479.00 | 1,916.00 | 114.96 | 2,030.96 | -2,030.96 | 0.00 | x | paid in full |
| | chair | 2,070.00 | -414.00 | 1,656.00 | 99.36 | 1,755.36 | -1,755.36 | 0.00 | x | paid in full |
| | chair fabric | 449.10 | -89.82 | 359.28 | 21.56 | 380.84 | -380.84 | 0.00 | x | paid in full |
| 3683 / GRAND TOTAL | | $4,914.10 | -$982.82 | $3,931.28 | $235.88 | $4,167.16 | -$4,167.16 | $0.00 | TOTAL DUE | $0.00 |
| 3684 Master Sitting | Mirror (2) | 4,410.00 | -882.00 | 3,528.00 | 211.68 | 3,739.68 | -3,739.68 | 0.00 | x | paid in full |
| | Bench (2) | 6,314.00 | -1,262.80 | 5,051.20 | 303.07 | 5,354.27 | -5,354.28 | 0.00 | x | paid in full |
| | bench bolster fabric | 280.00 | -56.00 | 224.00 | 13.44 | 237.44 | -237.44 | 0.00 | x | paid in full |
| | bench fabric | 2,178.00 | -435.60 | 1,742.40 | 104.54 | 1,846.94 | -1,846.94 | 0.00 | x | paid in full |
| | cocktail table | 14,920.00 | -4,476.00 | 10,444.00 | 626.64 | 11,070.64 | -11,070.64 | 0.00 | x | paid in full |
| 3684 / GRAND TOTAL | | $28,102.00 | -$7,112.40 | $20,989.60 | $1,259.38 | $22,248.98 | -$22,248.98 | $0.00 | TOTAL DUE | $0.00 |
| 3685 Master BR | king bed | 13,830.00 | -2,766.00 | 11,064.00 | 663.84 | 11,727.84 | -11,727.84 | 0.00 | x | paid in full |
| | side chest (2) | 20,220.00 | -4,044.00 | 16,176.00 | 970.56 | 17,146.56 | -17,146.56 | 0.00 | x | paid in full |
| | armoire | 15,665.00 | -3,133.00 | 12,532.00 | 751.92 | 13,283.92 | -13,283.92 | 0.00 | x | paid in full |
| | king mattress set | 2,825.00 | 0.00 | 2,825.00 | 169.50 | 2,994.50 | -2,994.50 | 0.00 | x | paid in full |
| 3685 / GRAND TOTAL | | $52,540.00 | -$9,943.00 | $42,597.00 | $2,555.82 | $45,152.82 | -$45,152.82 | $0.00 | TOTAL DUE | $0.00 |
| 3686 ide er | Console | 8,540.00 | -1,708.00 | 6,832.00 | 409.92 | 7,241.92 | -7,241.92 | 0.00 | x | paid in full |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 3686 / GRAND TOTAL | | $8,540.00 | -$1,708.00 | $6,832.00 | $409.92 | $7,241.92 | -$7,241.92 | $0.00 | TOTAL DUE | $0.00 |
| 3687 Media Room | left arm chaise | 8,524.00 | -1,704.80 | 6,819.20 | 409.15 | 7,228.35 | -7,228.36 | 0.00 | x | paid in full |
| | right arm chaise | 8,524.00 | -1,704.80 | 6,819.20 | 409.15 | 7,228.35 | -7,228.36 | 0.00 | x | paid in full |
| | armless loveseat | 8,384.00 | -1,676.80 | 6,707.20 | 402.43 | 7,109.63 | -7,109.64 | 0.00 | x | paid in full |
| | cocktail table | 2,300.00 | -460.00 | 1,840.00 | 110.40 | 1,950.40 | -1,950.40 | 0.00 | x | paid in full |
| 3687 / GRAND TOTAL | | $27,732.00 | -$5,546.40 | $22,185.60 | $1,331.14 | $23,516.74 | -$23,516.75 | -$0.01 | TOTAL DUE | $0.00 |

RAA-1242

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3688 Game Room | left arm facing sofa | 2,325.00 | -465.00 | 1,860.00 | 111.60 | 1,971.60 | -1,971.60 | 0.00 | x | paid in full |
| | right arm facing chaise | 2,035.00 | -407.00 | 1,628.00 | 97.68 | 1,725.68 | -1,725.68 | 0.00 | x | paid in full |
| | sofa body fabric | 420.00 | -84.00 | 336.00 | 20.16 | 356.16 | -356.16 | 0.00 | x | paid in full |
| | sofa seat and back cushions fabric | 6,290.00 | -1,258.00 | 5,032.00 | 301.92 | 5,333.92 | -5,333.92 | 0.00 | x | paid in full |
| | ottoman fabric | 157.50 | -31.50 | 126.00 | 7.56 | 133.56 | -133.56 | 0.00 | x | paid in full |
| | ottoman trim | 130.00 | -26.00 | 104.00 | 6.24 | 110.24 | -110.24 | 0.00 | x | paid in full |
| | recliner (2) | 7,140.00 | -1,428.00 | 5,712.00 | 342.72 | 6,054.72 | -6,054.72 | 0.00 | x | paid in full |
| | recliner side table (2) | 3,900.00 | -780.00 | 3,120.00 | 187.20 | 3,307.20 | -3,307.20 | 0.00 | x | paid in full |
| | fabrication: ottoman | 1,650.00 | 0.00 | 1,650.00 | 99.00 | 1,749.00 | -1,749.00 | 0.00 | x | paid in full |
| 3688 / GRAND TOTAL | | $24,047.50 | -$4,479.50 | $19,568.00 | $1,174.08 | $20,742.08 | -$20,742.08 | $0.00 | TOTAL DUE | $0.00 |
| revised 03-21-07 3688 Guest BR | chaise | 1,830.00 | -366.00 | 1,464.00 | 87.84 | 1,551.84 | -1,551.84 | 0.00 | x | paid in full |
| | chaise fabric | 343.00 | 0.00 | 343.00 | 20.58 | 363.58 | -363.58 | 0.00 | x | paid in full |
| 3689 / GRAND TOTAL | | $2,173.00 | -$366.00 | $1,807.00 | $108.42 | $1,915.42 | -$1,915.42 | $0.00 | TOTAL DUE | $0.00 |
| 3690 Wall paper | Elevator Lobby | 2,640.00 | 0.00 | 2,640.00 | 158.40 | 2,798.40 | -2,798.40 | 0.00 | x | paid in full |
| | Powder Room | 5,000.00 | 0.00 | 5,000.00 | 300.00 | 5,300.00 | -5,300.00 | 0.00 | x | paid in full |
| | Master Bath | 6,000.00 | 0.00 | 6,000.00 | 360.00 | 6,360.00 | -6,360.00 | 0.00 | x | paid in full |
| | Laundry Room | 812.00 | 0.00 | 812.00 | 48.72 | 860.72 | -860.72 | 0.00 | x | paid in full |
| | Game Room Bath | 840.00 | 0.00 | 840.00 | 50.40 | 890.40 | -890.40 | 0.00 | x | paid in full |
| | Guest Room Bath | 576.00 | 0.00 | 576.00 | 34.56 | 610.56 | -610.56 | 0.00 | x | paid in full |
| | Install wallpaper | 1,280.00 | 0.00 | 1,280.00 | 76.80 | 1,356.80 | -1,356.80 | 0.00 | x | paid in full |
| | Install hand-trowel paper | 2,565.00 | 0.00 | 2,565.00 | 153.90 | 2,718.90 | -2,718.90 | 0.00 | x | paid in full |
| 3690 / GRAND TOTAL | | $19,713.00 | $0.00 | $19,713.00 | $1,182.78 | $20,895.78 | -$20,895.78 | $0.00 | TOTAL DUE | $0.00 |
| 3691 Carpet | Library | 768.00 | 0.00 | 768.00 | 46.08 | 814.08 | -814.08 | 0.00 | x | paid in full |
| | Master BR | 2,160.00 | 0.00 | 2,160.00 | 129.60 | 2,289.60 | -2,289.60 | 0.00 | x | paid in full |
| | Game Room | 3,540.00 | 0.00 | 3,540.00 | 212.40 | 3,752.40 | -3,752.40 | 0.00 | x | paid in full |
| | Guest BR | 1,406.00 | 0.00 | 1,406.00 | 84.36 | 1,490.36 | -1,490.36 | 0.00 | x | paid in full |
| | Installation | 3,211.00 | 0.00 | 3,211.00 | 192.66 | 3,403.66 | -3,403.66 | 0.00 | x | paid in full |
| 3691 / GRAND TOTAL | | $11,085.00 | $0.00 | $11,085.00 | $665.10 | $11,750.10 | -$11,750.10 | $0.00 | TOTAL DUE | $0.00 |

RAA-1243

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Entry chandelier | 5,496.00 | 0.00 | 5,496.00 | 329.76 | 5,825.76 | -5,825.76 | 0.00 | x | paid in full |
| | Breakfast chandelier | 2,875.00 | 0.00 | 2,875.00 | 172.50 | 3,047.50 | -3,047.50 | 0.00 | x | paid in full |
| | Bar Lounge chandelier | 2,995.00 | 0.00 | 2,995.00 | 179.70 | 3,174.70 | -3,174.70 | 0.00 | x | paid in full |
| | Media Room chandelier | 3,255.00 | 0.00 | 3,255.00 | 195.30 | 3,450.30 | -3,450.30 | 0.00 | x | paid in full |
| | Master Bedroom Lamp (2) | 3,700.00 | 0.00 | 3,700.00 | 222.00 | 3,922.00 | -3,922.00 | 0.00 | x | paid in full |
| revised 3/21/07 3692 Lights | Guest Bedroom Lamp (2) | 876.00 | 0.00 | 876.00 | 52.56 | 928.56 | -928.56 | 0.00 | x | paid in full |
| | Library chandelier | 1,150.00 | 0.00 | 1,150.00 | 69.00 | 1,219.00 | -1,219.00 | 0.00 | x | paid in full |
| | Master Bath Chandelier (2) | 8,060.00 | 0.00 | 8,060.00 | 483.60 | 8,543.60 | -8,543.60 | 0.00 | x | paid in full |
| | Powder Room flush mount chandelier | 2,065.00 | 0.00 | 2,065.00 | 123.90 | 2,188.90 | -2,188.90 | 0.00 | x | paid in full |
| | Powder Room sconces (2) | 3,280.00 | 0.00 | 3,280.00 | 196.80 | 3,476.80 | -3,476.80 | 0.00 | x | paid in full |
| | Master Sitting chandelier | 1,790.00 | 0.00 | 1,790.00 | 107.40 | 1,897.40 | -1,897.40 | 0.00 | x | paid in full |
| 3692 | GRAND TOTAL | $35,542.00 | $0.00 | $35,542.00 | $2,132.52 | $37,674.52 | $37,674.52 | $0.00 | TOTAL DUE | $0.00 |

RAA-1244

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3693 Window | Master BR & Sitting: 2-pair lined traversable draperies and 2-pair traversable sheer draperies | 7,590.00 | 0.00 | 7,590.00 | 455.40 | 8,045.40 | -8,045.40 | 0.00 | x | paid in full |
| | Game Room 3-pair lined traversable draperies | 4,760.00 | 0.00 | 4,760.00 | 285.60 | 5,045.60 | -5,045.60 | 0.00 | x | paid in full |
| | Guest Bedroom 2-pair traversable draperies | 2,160.00 | 0.00 | 2,160.00 | 129.60 | 2,289.60 | -2,289.60 | 0.00 | x | paid in full |
| | Kitchen Breakfast Room 3-pair traversing draperies | 4,320.00 | 0.00 | 4,320.00 | 259.20 | 4,579.20 | -4,579.20 | 0.00 | x | paid in full |
| | Living/Bar Lounge area 3-pair traversable sheer draperies | 4,570.00 | 0.00 | 4,570.00 | 274.20 | 4,844.20 | -4,844.20 | 0.00 | x | paid in full |
| | Master/Sitting sheer fabric | 4,524.00 | -904.80 | 3,619.20 | 217.15 | 3,836.35 | -3,836.36 | 0.00 | x | paid in full |
| | Master/Sitting drapery fabric | 2,109.00 | -421.80 | 1,687.20 | 101.23 | 1,788.43 | -1,788.44 | 0.00 | x | paid in full |
| | Guest Bedroom drapery fabric | 750.00 | -150.00 | 600.00 | 36.00 | 636.00 | -636.00 | 0.00 | x | paid in full |
| | Kitchen / Breakfast drapery fabric | 5,175.00 | -1,035.00 | 4,140.00 | 248.40 | 4,388.40 | -4,388.40 | 0.00 | x | paid in full |
| | Living / Bar sheer fabric | 11,700.00 | -2,340.00 | 9,360.00 | 561.60 | 9,921.60 | -9,921.60 | 0.00 | x | paid in full |
| | Game Room drapery fabric | 3,240.00 | 0.00 | 3,240.00 | 194.40 | 3,434.40 | -3,434.40 | 0.00 | x | paid in full |
| 3693 / GRAND TOTAL | | $50,898.00 | -$4,851.60 | $46,046.40 | $2,762.78 | $49,809.18 | -$48,809.19 | -$0.01 | TOTAL DUE | $0.00 |
| 3694 Patio | dining chair with fabric (10) | 10,410.00 | -2,082.00 | 8,328.00 | 499.68 | 8,827.68 | -8,827.68 | 0.00 | x | paid in full |
| | chaise lounge w/cushions (4) | 11,764.00 | -2,352.80 | 9,411.20 | 564.67 | 9,975.87 | -9,975.88 | 0.00 | x | paid in full |
| | loveseat w/cushions | 2,367.00 | -473.40 | 1,893.60 | 113.62 | 2,007.22 | -2,007.22 | 0.00 | x | paid in full |
| | lounge chair w/cushion (4) | 5,744.00 | -1,148.80 | 4,595.20 | 275.71 | 4,870.91 | -4,870.92 | 0.00 | x | paid in full |
| | ottoman w/cushion | 1,091.00 | -218.20 | 872.80 | 52.37 | 925.17 | -925.16 | 0.00 | x | paid in full |
| | dining table w/glass top | 1,255.00 | -251.00 | 1,004.00 | 60.24 | 1,064.24 | -1,064.24 | 0.00 | x | paid in full |
| | dining table w/woven top | 2,500.00 | -500.00 | 2,000.00 | 120.00 | 2,120.00 | -2,120.00 | 0.00 | x | paid in full |
| | occasional side table (2) | 594.00 | -118.80 | 475.20 | 28.51 | 503.71 | -503.72 | 0.00 | x | paid in full |
| 3694 / GRAND TOTAL | | $35,725.00 | -$7,145.00 | $28,580.00 | $1,714.80 | $30,294.80 | -$30,294.81 | -$0.01 | TOTAL DUE | $0.00 |

RAA-1245

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3699 Faux Paint | Elevators doors - faux | 950.00 | 0.00 | 950.00 | 57.00 | 1,007.00 | -1,007.00 | 0.00 | x | paid in full |
| | Entry barrel ceiling - faux | 660.00 | 0.00 | 660.00 | 39.60 | 699.60 | -699.60 | 0.00 | x | paid in full |
| | Media - tray ceiling - faux | 680.00 | 0.00 | 680.00 | 40.80 | 720.80 | -720.80 | 0.00 | x | paid in full |
| | Outside master bedroom tray ceiling - faux | 350.00 | 0.00 | 350.00 | 21.00 | 371.00 | -371.00 | 0.00 | x | paid in full |
| | master bath ceiling - faux | 890.00 | 0.00 | 890.00 | 53.40 | 943.40 | -943.40 | 0.00 | x | paid in full |
| | niches in hallway - faux | 700.00 | 0.00 | 700.00 | 42.00 | 742.00 | -742.00 | 0.00 | x | paid in full |
| | library ceiling - faux | 960.00 | 0.00 | 960.00 | 57.60 | 1,017.60 | -1,017.60 | 0.00 | x | paid in full |
| 3699 / GRAND TOTAL | | $5,190.00 | $0.00 | $5,190.00 | $311.40 | $5,501.40 | -$5,501.40 | $0.00 | TOTAL DUE | $0.00 |
| 3720 ry | Entry doors - custom leaded art panels with 11/2 ribbed glass 4"x4" pyramids centers with caming incldes removal of existing glass | 7,108.00 | 0.00 | 7,108.00 | 426.48 | 7,534.48 | -7,534.48 | 0.00 | x | paid in full |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 3720 / GRAND TOTAL | | $7,108.00 | $0.00 | $7,108.00 | $426.48 | $7,534.48 | -$7,534.48 | $0.00 | TOTAL DUE | $0.00 |
| 3721 Media | fabric for toss pillows | 950.00 | -190.00 | 760.00 | 45.60 | 805.60 | -805.60 | 0.00 | x | paid in full |
| | 24" toss pillows (2) | 220.00 | 0.00 | 220.00 | 13.20 | 233.20 | -233.20 | 0.00 | x | paid in full |
| | toss pillows w/self welt - (2) | 200.00 | 0.00 | 200.00 | 12.00 | 212.00 | -212.00 | 0.00 | x | paid in full |
| | Trim for toss pillows | 180.00 | 0.00 | 180.00 | 10.80 | 190.80 | -190.80 | 0.00 | x | paid in full |
| 3721 / GRAND TOTAL | | $1,550.00 | -$190.00 | $1,360.00 | $81.60 | $1,441.60 | -$1,441.60 | $0.00 | TOTAL DUE | $0.00 |
| 3760 lighting | Foyer outside Master BR - chandelier | 4,635.00 | 0.00 | 4,635.00 | 278.10 | 4,913.10 | -4,913.10 | 0.00 | x | paid in full |
| | Foyer outside Master BR - sconces | 9,316.00 | 0.00 | 9,316.00 | 558.96 | 9,874.96 | -4,937.48 | 4,937.48 | received | 4,937.48 |
| | Entry to Master - ceiling chandelier | 2,065.00 | 0.00 | 2,065.00 | 123.90 | 2,188.90 | -2,188.90 | 0.00 | x | paid in full |
| 3760 / GRAND TOTAL | | $16,016.00 | $0.00 | $16,016.00 | $960.96 | $16,976.96 | -$12,039.48 | $4,937.48 | TOTAL DUE | $4,937.48 |

RAA-1246

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3761 Guest BR | Queen sleigh bed | 1,918.00 | 0.00 | 1,918.00 | 115.08 | 2,033.08 | -2,033.08 | 0.00 | x | paid in full |
| | night stand (2) | 1,932.00 | 0.00 | 1,932.00 | 115.92 | 2,047.92 | -2,047.92 | 0.00 | x | paid in full |
| | dresser | 1,918.00 | 0.00 | 1,918.00 | 115.08 | 2,033.08 | -2,033.08 | 0.00 | x | paid in full |
| | bedspread | 1,489.00 | 0.00 | 1,489.00 | 89.34 | 1,578.34 | -1,578.34 | 0.00 | x | paid in full |
| | euro sham (3) | 435.00 | 0.00 | 435.00 | 26.10 | 461.10 | -461.10 | 0.00 | x | paid in full |
| | toss pillow (2) | 198.00 | 0.00 | 198.00 | 11.88 | 209.88 | -209.88 | 0.00 | x | paid in full |
| | neck roll | 149.00 | 0.00 | 149.00 | 8.94 | 157.94 | -157.94 | 0.00 | x | paid in full |
| 3761 / GRAND TOTAL | | $8,039.00 | $0.00 | $8,039.00 | $482.34 | $8,521.34 | -$8,521.34 | $0.00 | TOTAL DUE | $0.00 |
| 3763 Area Rugs | Living rm - area rug | 6,155.00 | 0.00 | 6,155.00 | 369.30 | 6,524.30 | -6,524.30 | 0.00 | x | paid in full |
| | Bar lounge - area rug | 7,975.00 | 0.00 | 7,975.00 | 478.50 | 8,453.50 | -8,453.50 | 0.00 | x | paid in full |
| | Family rm - area rug | 4,285.00 | 0.00 | 4,285.00 | 257.10 | 4,542.10 | -4,542.10 | 0.00 | x | paid in full |
| | Master Br Sitting - area rug | 4,570.00 | 0.00 | 4,570.00 | 274.20 | 4,844.20 | -4,844.20 | 0.00 | x | paid in full |
| 3763 / GRAND TOTAL | | $22,985.00 | $0.00 | $22,985.00 | $1,379.10 | $24,364.10 | -$24,364.10 | $0.00 | TOTAL DUE | $0.00 |
| 3768 Ad'l Items | Entry - console | 4,710.00 | -942.00 | 3,768.00 | 226.08 | 3,994.08 | -3,994.08 | 0.00 | x | paid in full |
| | Entry - Venetian mirror | 3,150.00 | 0.00 | 3,150.00 | 189.00 | 3,339.00 | -3,339.00 | 0.00 | x | paid in full |
| | Game rm - ceiling fan | 299.00 | 0.00 | 299.00 | 17.94 | 316.94 | -316.94 | 0.00 | x | paid in full |
| | Guest Br - ceiling fan | 299.00 | 0.00 | 299.00 | 17.94 | 316.94 | -316.94 | 0.00 | x | paid in full |
| 3768 / GRAND TOTAL | | $8,458.00 | -$942.00 | $7,516.00 | $450.96 | $7,966.96 | -$7,966.96 | $0.00 | TOTAL DUE | $0.00 |
| 3779 Ad'l Liv Rm | Chandelier | 8,745.00 | 0.00 | 8,745.00 | 524.70 | 9,269.70 | -9,269.70 | 0.00 | x | paid in full |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 3779 / GRAND TOTAL | | $8,745.00 | $0.00 | $8,745.00 | $524.70 | $9,269.70 | -$9,269.70 | $0.00 | TOTAL DUE | $0.00 |

RAA-1247

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3812 Ad'l Master BR | Fabric for neck roll | 170.00 | -34.00 | 136.00 | 8.16 | 144.16 | -144.16 | 0.00 | x | paid in full |
| | Fabric for comforter | 1,950.00 | -390.00 | 1,560.00 | 93.60 | 1,653.60 | -1,653.60 | 0.00 | x | paid in full |
| | Trim for comforter | 269.10 | -53.82 | 215.28 | 12.92 | 228.20 | -228.20 | 0.00 | x | paid in full |
| | Fabric for sham | 74.00 | -14.80 | 59.20 | 3.55 | 62.75 | -62.75 | 0.00 | x | paid in full |
| | Cording for sham | 199.00 | -39.80 | 159.20 | 9.55 | 168.75 | -168.75 | 0.00 | x | paid in full |
| | Fabric for shams | 780.00 | -156.00 | 624.00 | 37.44 | 661.44 | -661.44 | 0.00 | x | paid in full |
| | Fabric for pillow shams | 358.00 | -71.60 | 286.40 | 17.18 | 303.58 | -303.58 | 0.00 | x | paid in full |
| | King comforter | 750.00 | 0.00 | 750.00 | 45.00 | 795.00 | -795.00 | 0.00 | x | paid in full |
| | Toss pillows (2) | 224.00 | 0.00 | 224.00 | 13.44 | 237.44 | -237.44 | 0.00 | x | paid in full |
| | euro sham (3) | 318.00 | 0.00 | 318.00 | 19.08 | 337.08 | -337.08 | 0.00 | x | paid in full |
| | King sham (2) | 400.00 | 0.00 | 400.00 | 24.00 | 424.00 | -424.00 | 0.00 | x | paid in full |
| | neck roll | 170.00 | 0.00 | 170.00 | 10.20 | 180.20 | -180.20 | 0.00 | x | paid in full |
| | Fabric for reverse side of comforter | 540.00 | 0.00 | 540.00 | 32.40 | 572.40 | -572.40 | 0.00 | x | paid in full |
| 3812 / GRAND TOTAL | | $6,202.10 | -$760.02 | $5,442.08 | $326.52 | $5,768.60 | -$5,768.60 | $0.00 | TOTAL DUE | $0.00 |
| REV 10/22/07 3813 Ad'l Items | Patio: occasional table (2) | 804.00 | -160.80 | 643.20 | 38.59 | 681.79 | -681.79 | 0.00 | x | paid in full |
| | Living Rm: ad'l chair fabric | 796.00 | -159.20 | 636.80 | 38.21 | 675.01 | -675.01 | 0.00 | x | paid in full |
| | Bar: ad'l lounge chair fabric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | order canceled | |
| | Guest BR: queen mattress set | 1,025.00 | 0.00 | 1,025.00 | 61.50 | 1,086.50 | -1,086.50 | 0.00 | x | paid in full |
| | Elevator Lobby: sconces(2) | 2,452.00 | 0.00 | 2,452.00 | 147.12 | 2,599.12 | -2,599.12 | 0.00 | x | paid in full |
| 3813 / GRAND TOTAL | | $5,077.00 | -$320.00 | $4,757.00 | $285.42 | $5,042.42 | -$5,042.42 | $0.00 | TOTAL DUE | $0.00 |

RAA-1248

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3834 Master Bath | Marble top: 2-slabs of Emperador light | 830.59 | 0.00 | 830.59 | 49.84 | 880.43 | -880.42 | 0.00 | x | paid in full |
| | Marble vanity top: template, fabrication and install with undermount sink and faucet hole cutouts with 1 1/2 inch flat polished edge and 4-inch polished backsplash | 3,705.00 | 0.00 | 3,705.00 | 222.30 | 3,927.30 | -3,927.30 | 0.00 | x | paid in full |
| 3834 / GRAND TOTAL | | $4,535.59 | $0.00 | $4,535.59 | $272.14 | $4,807.73 | -$4,807.72 | $0.01 | TOTAL DUE | $0.00 |
| 3851 Ad'l Master Bath | vanity bench | 809.00 | -161.80 | 647.20 | 38.83 | 686.03 | -686.04 | 0.00 | x | paid in full |
| | fabric for bench | 237.00 | -47.40 | 189.60 | 11.38 | 200.98 | -200.98 | 0.00 | x | paid in full |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 3851 / GRAND TOTAL | | $1,046.00 | -$209.20 | $836.80 | $50.21 | $887.01 | -$887.02 | $0.01 | TOTAL DUE | $0.00 |
| 3876 marble flooring | diamond refinishing polish and seal entire marble floor including the master bathroom floor counter top and the tub area. Polish and seal the shower wall | 5,000.00 | 0.00 | 5,000.00 | 300.00 | 5,300.00 | -5,300.00 | 0.00 | | paid in full |
| 3876 / GRAND TOTAL | | $5,000.00 | $0.00 | $5,000.00 | $300.00 | $5,300.00 | -$5,300.00 | $0.00 | TOTAL DUE | $0.00 |
| 3915 Living Rm | Lamp (2) | 2,240.00 | 0.00 | 2,240.00 | 134.40 | 2,374.40 | -2,374.40 | 0.00 | x | paid in full |
| 3915 / GRAND TOTAL | | $2,240.00 | $0.00 | $2,240.00 | $134.40 | $2,374.40 | -$2,374.40 | $0.00 | TOTAL DUE | $0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| / GRAND TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | TOTAL DUE | $0.00 |
| PROJECT TOTAL | | $682,465.29 | -$71,158.94 | $611,306.35 | $36,678.38 | $647,984.73 | -$643,047.28 | $4,937.46 | GRAND TOTAL DUE | $4,937.48 |

RAA-1249

| INVOICE | ITEM | COST | DISCOUNT | SUBTOTAL | 6% SALES TAX | ITEM TOTAL | PAYMENTS RECEIVED | OPEN BALANCE | ITEMS RECEIVED | DEPOSIT / BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | **EXPENSES: FREIGHT / SHIPPING / DELIVERIES & OTHER BILLABLE EXPENSES** | | | | | | | | | |
| S&H, FREIGHT, RECEIVE, INSTALL, SETUP | As of OCTOBER 2007 Freight ET.AL=08.75% of pretaxed total project cost | 40,077.75 | 0.00 | 40,077.75 | 2,404.66 | 42,482.41 | -42,482.41 | 0.00 | ongoing | |
| | ** indicates not subject ship/delivery fee | | | | | | | | | |
| 3722 / INVOICE TOTAL | | $40,077.75 | $0.00 | $40,077.75 | $2,404.66 | $42,482.41 | -$42,482.41 | $0.00 | TOTAL DUE | $0.00 |
| ** Expenses | Palm Beach County Tax | 25.00 | 0.00 | 25.00 | 0.00 | 25.00 | -25.00 | 0.00 | x | paid in full |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | |
| 3724 / INVOICE TOTAL | | $25.00 | $0.00 | $25.00 | $0.00 | $25.00 | -$25.00 | $0.00 | TOTAL DUE | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| / GRAND TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | TOTAL DUE | |
| | EXPENSE TOTAL | $40,102.75 | $0.00 | $40,102.75 | $2,404.66 | $42,507.41 | -$42,507.41 | $0.00 | GRAND TOTAL | $0.00 |

| | |
|---|---|
| Current (pre-tax) PROJECT Total | $611,306.35 |
| Current (pre-tax) EXPENSES Total | $40,102.75 |
| COMBINED pre-tax SUBTOTAL | $651,409.10 |
| 6% FL SALES TAX | $39,083.05 |
| TAXED GRAND TOTAL | $690,492.14 |
| LESS PAYMENTS / CREDITS RECEIVED | -$685,554.69 |
| OPEN BALANCE | $4,937.46 |
| **TOTAL NOW DUE** | **$4,937.48** |
| OVERPAYMENT / CREDITS ON ACCOUNT | $0.00 |
| **REMAINING BALANCE DUE** | **$4,937.48** |

RAA-1250