UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :
U.S. SECURITIES & EXCHANGE                          :
COMMISSION,                                         :
                                                    :
                      Plaintiff,           :
                                                    :       04 Civ. 2322 (GEL)
                  -v.-                       :
                                                    :            **ORDER**
UNIVERSAL EXPRESS, INC., et al.,                    :
                                                    :
                      Defendants.          :
------------------------------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/17/09]

GERARD E. LYNCH, District Judge:

      On February 17, 2009, the Receiver filed a Motion to Sell/Interplead Jackson Memorabilia and Recordings. The Court having been advised that the parties involved have reached a settlement in principle, it is hereby ORDERED:

1. The Motion to Sell/Interplead Jackson Memorabilia and Recordings is deemed withdrawn, without prejudice to its renewal should the parties fail to consummate settlement.

2. The Clerk of the Court is respectfully requested to close out the motion (#392).

SO ORDERED.

Dated: New York, New York
       August 14, 2009

                                                   _____
                                                   GERARD E. LYNCH
                                                   United States District Judge