UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

U.S. SECURITIES & EXCHANGE
COMMISSION,                                             Case No. 04 Civ.2322 (GEL)

          Plaintiff,

   -     against     -

UNIVERSAL EXPRESS, INC., et al,

          Defendants.

------------------------------------x

## LOCAL RULE 1.4 DECLARATION
## IN SUPPORT OF SUBSTITUTION OF COUNSEL

George J. Sandhu hereby declares under penalties of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am one of the defendants herein, and I make this declaration in support of the stipulation substituting the firm of Goldberg Weprin Finkel Goldstein LLP as counsel.

2. Following the decision of the Court directing entry of a judgment against me, I have elected to retain new counsel to pursue an appeal, and to handle all post-judgment matters.

3. Various members of the firm of Goldberg Weprin Finkel Goldstein LLP are especially experienced with respect to debtor-creditor issues and the substitution is being done on consensual and amicable basis.

4.  At this juncture, the case will proceed to appeal and there are no open matters on the Court's calendar save perhaps formal entry of a judgment which has not yet been effectuated by the SEC.

Dated: October 8, 2009

_____
George J. Sandhu