UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------x

U.S. SECURITIES & EXCHANGE
COMMISSION,

        Plaintiff,

- against -

UNIVERSAL EXPRESS, INC., et al.,

        Defendants.

------------------------------x

Case No. 04 Civ.2322 (GEL)

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Defendant George J. Sandhu ("Sandhu") one of the defendants herein, hereby appeals to the United States Court of Appeals for the Second Circuit from so much of the Opinion and Order, dated August 14, 2009, directing the entry of a judgment against Sandhu in the amount of $6,036,117 consisting of $4,064,058 in disgorgement, $1,472,059 in prejudgment interest, and $500,000 in civil penalties.

    1.    A true and correct copy of the District Court Opinion and Order appealed from is annexed hereto as Exhibit "A".

Counsel of record for the parties to this appeal are as follows:

Goldberg Weprin Finkel Goldstein LLP
Substitute Attorneys for Appellant Sandhu
1501 Broadway – 22nd Floor
New York, New York 10036

Leslie J. Hughes, Esq. and Julie K. Lutz, Esq.
Securities and Exchange Commission
Central Regional Office
1801 California Street, Suite 1500
Denver, Colorado 80202-2656

Robert B. Blackburn, Esq.
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
Attorneys for Plaintiff

Brent R. Baker, Esq.
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111


Dated:  New York, New York
        October 9, 2009

                                          GOLDBERG WEPRIN FINKEL
                                            GOLDSTEIN LLP
                                          Incoming Attorneys for
                                          Defendant/Appellant Sandhu

                                          By: _____
                                              Kevin J. Nash (KJN 6274)
                                              1501 Broadway – 22nd Floor
                                              New York, New York 10036
                                              (212) 221-5700

TO:   Leslie J. Hughes, Esq. and Julie K. Lutz, Esq.
      Securities and Exchange Commission
      Central Regional Office
      1801 California Street, Suite 1500
      Denver, Colorado 80202-2656

      Robert B. Blackburn, Esq.
      Securities and Exchange Commission
      Northeast Regional Office
      3 World Financial Center, Suite 400
      New York, New York 10281-1022

      Attorneys for Plaintiff

      Brent R. Baker, Esq.
      Parsons Behle & Latimer
      201 S. Main Street, Suite 1800
      Salt Lake City, Utah 84111

      Attorneys for Defendant Mark S. Neuhaus